UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23529-RAR

**BISCAYNE BAY WATERKEEPER, INC.**,
*d/b/a Miami Waterkeeper,*

      Plaintiff,

v.

**K.L. BRITO CORPORATION**,

      Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Final Stipulation of Dismissal, [ECF No. 37]. The Court having reviewed the Joint Final Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**. The Court will retain jurisdiction to enforce the parties' settlement agreement, [ECF No. 37-1]. The Clerk is instructed to mark this case **CLOSED,** and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 15th day of January, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record